5785 DeClaire Court
Atlanta, GA 30328

February 14, 2006


Mr. Ronald B. Diegel
Murphy & Grantland, PA
4406 B Forest Drive (29206)
P.O. Box 6648
Columbia, SC 29260

Re: Valerie & Gerald S. Aunet v. Eddie Bridges
Civil Action No.: 3:05-1624-CMC
Claim No.: 6656326
File No.: 3250-0149

Dear Mr. Diegel:

At your request, I have reviewed the written records that you sent me of Ms. Aunet. First I will describe my findings and then discuss their significance. In the accident report, it was indicated the patient was struck a left rear glancing blow to her car. This motor vehicle collision occurred on 9/17/02. Although not specifically stated in the accident report, later records indicated that the vehicle rolled several times. Records from the Lexington Medical Center ER dated 9/17/02 indicated she complained of head and neck pain and a abrasions to the right arm. She had no complaint of loss of consciousness. The examination of the cervical spine by x-ray was negative. His impression was neck pain secondary to a strain, multiple abrasions, and vertigo secondary to mild closed head injury. CT scan of the brain was interpreted as normal. The official x-ray report dated 9/17/02 did show degenerative changes at C5-6. X-rays were performed at the Papastavros Associates Medical Imaging site dated 9/24/02 and those of the right shoulder, right elbow and the lumbar spine were normal. At the cervical spine, the patient had degenerative disc space narrowing at C4-5 and C5-6 and posterior spurs at C5-6. There was foraminal stenosis at C4-5 and C5-6. A right arm ultrasound which was performed due to arm swelling was interpreted as normal. She was seen at Performance Physical Therapy on 10/9/02 with an initial complaint of right shoulder and posterior right low back pain. They also noted a possible contusion to the right lateral--middle deltoid muscle. On 10/10/02 they began to notice swelling of her right arm and felt this could be vascular. She was sent to the ER for evaluation. Notes dated 10/30/02 indicated that her low back was 85% improved and her right neck was 75% improved. On 11/5/02 she was noted to be 90% improved overall. A letter dated 11/12/02 indicated she had no pain or functional limitation in her lower back and only intermittent tightness in her right upper trapezius muscle relieved with stretching. The patient was evaluated by Delaware Vascular Associates. They noted no obvious vascular problem based on her thoracic outlet examination. An upper extremity venous duplex study dated 3/6/03 was interpreted as normal. On 4/10/03 they noted her arm was swelling and felt it was secondary to lymph edema.

Continued

Mr. Ronald B. Diegel
February 14, 2006
Page 2

The patient had two MR studies performed by Diagnostic Imaging Associates. The first was dated 2/21/03 and was performed upon the cervical spine. It showed a mild Chiari I malformation and degenerative bulging discs from C3-4 through C6-7. There were bilateral bone spurs at C5-6 and a hard disc was noted at C6-7. The patient also had degenerative disc bulging at T2-3 and T3-4. A second MR study of the chest done on 4/17/03 was to evaluate the brachial plexus and was felt to be normal. The patient was evaluated by the Delaware Orthopedic Center. On 5/12/03 they made a diagnosis of a right brachial plexus strain. This was also present in a letter dated 10/21/02.

Records from Rehabilitation Associates dated 11/14/02 gave her a diagnosis of lumbosacral strain and sprain with possible small disc herniation. She had intermittent cervical spine pain, but was markedly imp0roved. At that point, she felt she had right thoracic outlet syndrome with probable autonomic dysfunction. However, they indicated this was not symptomatic. A note dated 4/15/03 from Dr. Bakst to Dr. Kushner indicated they were going to hold off on her cervical epidural steroid injection because she was markedly better with chiropractic treatments and rehabilitation. She continued to have right arm swelling. Their impression was neck pain secondary to a strain and sprain and disc herniation at C4-5 and C5-6.

Records from Dr. Steven Kushner included records of an old x-ray examination from Papastravos' Associates of the lateral neck dated 3/31/95. This showed mild degenerative changes involving the vertebral bodies and joints. Records from the Hockessin Center dated 12/13/94 indicated she had right neck pain for three months. On 1/19/95 she still had tenderness and pain in the right sternocleidomastoid and right trapezius areas.

She ultimately had surgery upon her right shoulder performed at Glasgow Medical Center. The operative note on 4/13/04 showed she had a posterior labral SLAP tear. It should be noted that an MR arthrogram had been interpreted as normal on 9/5/03 in this area. She did have mild supra and infraspinatus tendinosis and a low-lying acromion.

The records indicate several potential problems. The first would be multi-level degenerative changes involving her neck. None of the studies indicate findings which would be specifically indicative of an acute traumatic injury. Specifically, the disc herniations at C4-5 and C5-6 are part of the degenerated disc continuum and are not specific for trauma at any time. Multiple disc levels usually indicate an arthritic process. Finally, records from Dr. Kushner indicate she had neck pain as far back as 1994 and had similar right trapezius symptoms. As a result, these changes almost certainly predated the date of the motor vehicle collision on 9/17/02. This does not preclude the possibility of a muscular sprain or strain which had resolved by the time of her MR study. Her second complaint was that of a possible brachial plexus sprain. This would be a clinical diagnosis. There is no confirmation of such an injury based upon the MR scan. In the absence of any significant edema, it would be my opinion that it had resolved. This is suggested in the note from Rehabilitation Associates on 11/14/02

Continued

Mr. Ronald B. Diegel
February 14, 2006
Page 3

that she no longer had symptoms of right thoracic outlet or autonomic dysfunction. She has a diagnosis of a Grade I concussion. This would be a clinical finding as the expected imaging finding is a normal study. Certainly, she had a normal CT scan which although it does not specifically confirm a Grade I concussion, does not exclude it. Finally, she had chronic swelling of the right arm for which no clear-cut etiology was demonstrated. Ultimately at surgery she had a posterior SLAP tear identified. The records is not specific as to when she first felt shoulder pain, however, as early as 9/24/02, she was complaining of right shoulder pain. It is theoretically possible that the SLAP tear could be related to the trauma. The right arm swelling may also be due to some contusion of the lymphatic drainage, although this would be conjecture.

To summarize, it would be my opinion based upon the medical records alone, that the degenerative changes including the disc herniations involving her cervical spine would not be related to the motor vehicle collision. She may very well have had a mild sprain or strain, but based upon her response to physical therapy, this appears to have resolved by 11/12/02 which would be the expected time course for a mild sprain or strain. Similarly, the records are consistent with a mild closed head injury or type I concussion. However, these would be expected to resolve completely on a clinical basis. Confirmation by a neurologist may be helpful as to the expected clinical outcome. The patient may have had a mild sprain of the right brachial plexus. This would be a clinical diagnosis, but also appears to have resolved and is no longer specifically symptomatic. Finally, the patient has the diagnosis of a posterior SLAP tear involving the glenoid labrum of the right shoulder. This might have been caused by partial dislocation of the humerus which might have occurred in the type of motor vehicle collision the patient experienced. Correlation as to the exact probable mechanism could be provided by an orthopedic surgeon.

It should be noted that I have not at this time reviewed any of the imaging studies. I will be happy to do so at your request. Based upon the records, the findings appear to be fairly consistent with the exception of the discrepancy between the SLAP tear noted at surgery and the lack of such a SLAP tear on the MR arthrogram. Surgery would be the definitive method of evaluation of the right shoulder and the presence of even a negative MR report would not materially alter my opinion as to the potential relationship of that SLAP tear to the patient's motor vehicle collision. Please let me know if you have any questions.

Sincerely,

Barry F. Jeffries, M.D.

BFJ/vlo